UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT _____

Terri Lynn Phillips )
_____ )
_____ )
(Enter above the NAME of the )
plaintiff in this action.) )
 )
v. )
Burger King )
Chattanooga Police Dept )
Hamilton Co. Sheriff's Dept )
(Enter above the NAME of each
defendant in this action.) )

**FILED**

APR 18 2022

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

1:22-CV-98
JRG/SKL

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I. PREVIOUS LAWSUITS

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ( ) NO (✓)

    B. If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1. Parties to the previous lawsuit:

        Plaintiffs: _____
        _____

        Defendants: _____
        _____

1

2. COURT: (If federal court, name the district; if state court, name the county): _____

3. DOCKET NUMBER: _____

4. Name of Judge to whom case was assigned: _____

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT: _____

A. Is there a prisoner grievance procedure in this institution? YES ( ) NO ( )

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES ( ) NO ( )

C. If your answer is YES,

    1. What steps did you take? _____

    2. What was the result? _____

D. If your answer to B is NO, explain why not. _____

E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES ( ) NO ( )

F. If your answer is YES,

    1. What steps did you take? _____

2. What was the result? _____

_____

III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: Terri Lynn Phillips

Present address: (Indigent)

Permanent home address: 240 Peachtree St NW #56982 Atlanta, GA 30343

Address of nearest relative: _____

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: _____

Official position: _____

Place of employment: _____

C. Additional defendants: _____

_____

_____

_____

IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

On the evening of the 22nd of January, 2020, I entered Burger King on 23rd Street, in

3

Chattanooga, TN. Upon entering, I was approached by restaurant staff and very quietly told that I couldn't have my dog in there. I replied that "yes, I can" and proceeded to a table. (At no point do I recall any employee asking me whether she was/is a service animal.) She reported me to what appeared to be a manager, who yelled at me from behind the counter that I could not have my dog in the restaurant. At this point, I informed the manager that my dog is a service animal and that I can have her in the restaurant. She then proceeded to request that I show documentation for my dog being a service animal. I informed her that I do not "have" to show her anything. I then proceeded to the bathroom while she yelled threats on calling the police and told me to leave. I called 911 from the bathroom stall and explained to the officer/dispatcher that I was in Burger King with my service animal and was being harassed and threatened by staff. I requested that they send officers who are educated in Disability Law to enforce ADA Law at the restaurant. A few moments later, several officers arrived and told me that I must leave. I quoted ADA Law.

4

I am Autistic and began repeating this information over and over due to the stress of the situation. This is called echolalia. While I was doing this, the officers took my dog away from me. The arresting officer had told me that I had to leave or would be arrested. I told him that I would leave, but could not stop the echolalia of quoting the law that it is illegal for them to make me leave due to my service animal and that the employees were breaking the law and I was not. He smirked. The other officers laughed and smiled. He cuffed me hurting my wrists. I told him that he was hurting me. They took me to the vehicle while I yelled and screamed for my dog. They dragged her away while she cried and tried to run to me. This incident has further increased my PTSD concerning law enforcement officers and contributed to my homelessness. I was arrested and my dog was taken to the animal shelter.

V. **RELIEF**

(State BRIEFLY exactly what you want this Court to do for you. Make NO legal arguments. Cite NO cases or statutes.)

I would like compensation for the trauma that has occurred. I would also like to request mandatory Civil Rights training for all officers. I would like a public apology from the Officers, the City, the County, and Burger King.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this ____18____ day of ____April____, 20__22__

_____
Signature of plaintiff(s)